**FILED**
AUG 26 2013
8-26-13
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the

Michael Widmer
*Plaintiff/Petitioner*
v.
~~~~ Engleson et al
*Defendant/Respondent*

) 13 C 6095
) Judge Milton I. Shadur
) Magistrate Judge Jeffrey Cole

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: Stateville-NRC .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are: $ 0 , and my take-home pay or wages are: $ 0 per
*(specify pay period)* —— .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☒ No
(b) Rent payments, interest, or dividends             ☐ Yes    ☒ No
(c) Pension, annuity, or life insurance payments      ☐ Yes    ☒ No
(d) Disability, or worker's compensation payments     ☐ Yes    ☒ No
(e) Gifts, or inheritances                            ☐ Yes    ☒ No
(f) Any other sources                                 ☐ Yes    ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

See attached letter, (Ex A)

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: July 15, 2013

_Michael Widmer_
Signature of Applicant

_Michael Widmer_
(Print Name)

---

**NOTICE TO PRISONERS:** In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account -- prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Michael Widmer_, I.D.# _B30985_, has the sum of $ _-528.01_ on account to his/her credit at (name of institution) _Menard C.C._. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _0_. (<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

7-16-13

Date

_Carla Draves_
Signature of Authorized Officer

_Carla Draves_
(Print Name)

## Menard Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 01/01/2013 thru End;　　Inmate: B30985;　　Active Status Only ? : No;　　Print Restrictions ? : Yes;　　Transaction Type: All Transaction Types;　　Print Furloughs / Restitutions ? : Yes;　　Include Inmate Totals ? : Yes;　　Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**　　　　　　**Housing Unit: MEN-N2-08-24**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 07/08/13 | Mail Room | 04 Intake and Transfers In | 189259 | 39379 | Lawrence Correctional Center | -322.93 | -322.93 |

| | |
|---|---|
| Total Inmate Funds: | -322.93 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 205.08 |
| Funds Available: | -528.01 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 06/26/2013 | 405802 | Disb | Library | 2 DOC: 523 Fund Library | $2.90 |
| 06/27/2013 | 406253 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.46 |
| 06/27/2013 | 406295 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.46 |
| 06/27/2013 | 406297 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.46 |
| 06/28/2013 | 406595 | Disb | Eyeglass frames | 99999 DOC: 523 Fund Inmate Reimburseme | $48.91 |
| 06/28/2013 | 406650 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.12 |
| 06/28/2013 | 406668 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.92 |
| 07/03/2013 | 406912 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.32 |
| 07/03/2013 | 406948 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.38 |
| 07/08/2013 | 407554 | Disb | Library/LAWRENCE | 2 DOC: 523 Fund Library | $1.80 |
| 07/08/2013 | 407555 | Disb | Library/LAWRENCE | 2 DOC: 523 Fund Library | $84.00 |
| 07/08/2013 | 407556 | Disb | Library/LAWRENCE | 2 DOC: 523 Fund Library | $30.00 |
| 07/08/2013 | 407557 | Disb | Library/LAWRENCE | 2 DOC: 523 Fund Library | $3.35 |
| 07/08/2013 | 407558 | Disb | Library/LAWRENCE | 2 DOC: 523 Fund Library | $6.20 |
| 07/08/2013 | 407559 | Disb | Library/LAWRENCE | 2 DOC: 523 Fund Library | $2.80 |
| 07/08/2013 | 407560 | Disb | Library/LAWRENCE | 2 DOC: 523 Fund Library | $0.50 |
| 07/09/2013 | 407707 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.98 |
| 07/09/2013 | 407763 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.64 |
| 07/09/2013 | 407813 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.38 |
| 07/10/2013 | 407961 | Disb | Library | 2 DOC: 523 Fund Library | $1.00 |
| 07/11/2013 | 408457 | Disb | Library | 2 DOC: 523 Fund Library | $9.50 |
| | | | | **Total Restrictions:** | **$205.08** |

EX. A

Letter in re: to financial MOTION TO PROCEED

I was at Lawrence Correctional Center from June of 2012 until June 19, 2013. I was at Menard from June 19, 2013 until July 31st, 2013 when I arrived here at NRC Stateville.

The business office here at NRC Stateville told me, I don't have an account because I'm writ status. I enclosed a statement from Menard, but don't have any way to obtain a statement from Lawrence.

I'm hopeful the court will understand my confusing situation and allow me to proceed in lieu of the outstanding financial documents, due to my being injured each day I'm forced to live under my current conditions of confinement at NRC.

Sincerely,
Michael Whitmer B30985
plaintiff pro se