I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: August 16, 2013

_____
Signature of Applicant

Michael Widmer
_____
(Print Name)

FILED
SEP 11 2013
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

**NOTICE TO PRISONERS:** <u>In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by <u>each</u> institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Michael Widmer, I.D.# B30985, has the sum of $ 0 on account to his/her credit at (name of institution) STATEVILLE. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ 0. (Add all deposits from all sources and then divide by number of months). 0

8-16-13
_____
Date

_____
Signature of Authorized Officer

DONALD WRIGHT
_____
(Print Name)

MENARD IS PARENT INSTITUTION
ON COURT WRIT AT STATEVILLE

STATE OF ILLINOIS
COUNTY OF Lawrence ) SS :

Case No. 13cv6095
+ 13C6097

# SWORN AFFIDAVIT

I, __Michael Widmer__, After Being Duly Sworn Upon My Oath Depose And States That the Following Matters Are Both true And Correct In Substance And In Facts :

I Michael Widmer, petitioner/plaintiff in the above entitled action hereby state under the penalty of perjury by law that the following facts are true and accurate to the best of my knowledge and belief.

1) I have no bank accounts.
2) I own no real estate, property, home etc.
3) I own 3 junk vehicles that are stored at a scrap yard. The value is $150 each.
4) I have outstanding medical bills.
5) I have no income at this time.
6) I receive no money from any other means.
7) I am indigent.
8) I suffered a serious head injury in 2010 Brain Injury.
9) I was in the intensive care unit on life support in 2010 at Riverside hospital in Kankakee Il. for head injuries from a beam falling on my head.
10) Since my head injury in 2010, I have difficulty frequently when speaking, reading, writing, and thinking at times.
11) [struck out]
12) I request this court recruit counsel to represent me in the above entitled case.
13) 5 attorneys are appointed in S Dist of Il. to represent me in civil cases.

True and accurate as of September 1, 2013    Michael F Widmer

So Stated : Michael F Widmer

SUBSCRIBED AND SWORN TO BEFORE ME THIS /0/ [date] /13
Kathy Musgrave
Notary

OFFICIAL SEAL
KATHY D MUSGRAVE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES.12/22/15

## SCHLICHTER, BOGARD & DENTON, LLP
### ATTORNEYS AT LAW

| TROY A. DOLES<br>tdoles@uselaws.com | 100 SOUTH FOURTH STREET, SUITE 900<br>ST. LOUIS, MISSOURI 63102<br>(314) 621-6115<br>1 (800) 873-5297<br>FAX (314) 621-7151<br>www.uselaws.com | Illinois Office<br>120 W. MAIN STREET, SUITE 208<br>BELLEVILLE, ILLINOIS 62220<br>(618) 632-3329<br><br>Wisconsin Office<br>8554 HIGHWAY 51, SUITE 103<br>P.O. BOX 5<br>MINOCQUA, WISCONSIN 54548<br>(715) 358-6300 |
|---|---|---|

June 7, 2013

Michael Widmer, #B30985
10930 Lawrence Road
Sumner, IL 62466

Re: Case Nos: 12-1261, 13-23, 13-24, 13-25, & 13-26

Dear Mr. Widmer:

As you may know, the Court appointed five attorneys at our firm, Sean Soyars, Mark Boyko, Kurt Struckhoff, Heather Lea, and myself, to represent you in the matters listed above. We have been reviewing the file and the documents you sent us last week. On Friday June 14, Sean Soyars and I are coming to Sumner to visit with you. We will bring with us the docket from each case and copies of the pleadings, which we can leave with you in the event you have not received everything you need. In addition, we will provide you with a formal engagement letter setting forth both our responsibilities and your responsibilities. After your review of this engagement letter, we will ask that you sign and return the letter to us.

Please be sure to bring with you to our meeting copies of any documents, notes, grievances, names of witnesses, and anything else relating to the issues you raise in these cases. During our meeting, we will discuss the status of each case, upcoming deadlines, and any immediate issues that need to be addressed. Specifically, we need to discuss the viability of each claim and possibly filing amended complaints.

I look forward to meeting with you next Friday.

Sincerely,

Troy Doles/nf
Troy Doles

Date: 8/16/2013
Time: 7:26am
d_list_inmate_trans_statement_composite

**Stateville Correctional Center**
**Trust Fund**
View Transactions

Page 1

**Inmate: B30985 Widmer, Michael L.**

**Housing Unit: NRC-RA-01-14**

| | |
|---|---:|
| **Total Inmate Funds:** | .00 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | .00 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

Case: 1:13-cv-06095 Document #: 9 Filed: 09/11/13 Page 4 of 10 PageID #:42

# Menard Correctional Center
## Trust Fund
### Receipt Documents

REPORT CRITERIA - Transfer or Western Union? : Transfer

**Notice To:** B30985  Widmer, Michael L.  **Notice Date:** 07/08/2013

**Housing Unit:** MEN~~NE90-22~~ 8-24  **Inmate Status:** Active

The following items have been posted as receipts to your Inmate Trust Fund.

| Check Number | Check Written From: | Amount |
|---|---|---|
| 39379 | Lawrence Correctional Center | -322.93 |

Intake And Transfers From Other Institutions

LAW OFFICES

# POWER ROGERS & SMITH, P.C.

70 West Madison Street
55th Floor, Chicago
Illinois 60602-4212
TEL: 312 236-9381
FAX: 312 236-0920
www.prslaw.com

Joseph A. Power, Jr.
Larry R. Rogers
Todd A. Smith
Thomas G. Siracusa
Thomas M. Power
Larry R. Rogers, Jr.
Devon C. Bruce
Joseph W. Balesteri
Sean M. Houlihan
Brian LaCien
Carolyn Daley Scott
Jonathan M. Thomas
Kathryn L. Conway

December 18, 2012

Michael L. Widmer (B30985)
10930 Lawrence Road
Sumner, IL 62466

Dear Mr. Widmer:

I am in receipt of your correspondence dated November 12, 2012.

Please be advised that our firm does not handle the type of matters addressed in your letter. Therefore, I am returning herewith your letter, together with the materials you sent to our office.

Very truly yours,

POWER ROGERS & SMITH, P.C.

Thomas M. Power

TMP/sl
Enclosures

# SEYFARTH SHAW LLP
**ATTORNEYS**

131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
fax (312) 460-7000
www.seyfarth.com

Writer's direct phone
(312) 460-5332

Writer's e-mail
kargentine@seyfarth.com

February 8, 2013

## CONFIDENTIAL COMMUNICATION

Mr. Michael Widmer
IDOC Id. #B30985
Lawrence Correctional Center
10930 Lawrence Road
Lawrence, IL 62466

Dear Mr. Widmer:

I am writing to let you know that we received a letter from you dated January 17, 2013, enclosing your letter to Governor Quinn and your federal complaint. I am returning the originals to you. We apologize for the delay in responding. We are sorry to hear that you are still not receiving adequate treatment at Lawrence Correctional Center for your vision problems. Our team continues to pursue a potential class action against the IDOC and Wexford in the hopes of obtaining better medical treatment for all IDOC inmates. We appreciate your continued support. Feel free to write us again if you have any new information.

Very truly yours,

SEYFARTH SHAW LLP

Kristine Rinella Argentine

LONDON · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

15242713v.1

_____The Law Offices of_____
# FREDERICK W. NESSLER
_____And Associates, Ltd._____

February 28, 2013

**REPLY TO**
**Springfield Office**

Frederick W. Nessler *
Timothy J. Freiberg
Jonathan T. Nessler
Matthew V. Kennedy
Maria A. Gust

Gary Clark **

FEIN: 20-8042911

**Sent Via Certified Mail – Return Receipt Requested**

Michael Widmer B-30985
K-75 10930 Lawrence Road
Sumner, IL 62466

Re: **Your potential medical malpractice claim**

Dear Mr. Widmer:

I sincerely appreciate the opportunity to review your potential claim. As you know, we have conducted a thorough review of the information you provided. We have now completed the review process.

Our decision **does not speak to the ultimate merits of your case**. Please understand that our opinion is just that: an **opinion**. As you know, opinions differ from person to person and from attorney to attorney. Simply because we have declined to go forward does not mean that another attorney may hold a different opinion regarding the case. But, if you wish to seek a second opinion on your case, please **do so immediately**. Do not wait until the last minute as there are **strict time limitations** that apply to filing your case. That is why it is so important, if you choose to seek a second opinion that you do so **right away** to preserve whatever rights you may have. As agreed, although our office has spent a great deal of time investigating your claim, you owe us nothing.

| 536 N. Bruns Lane | 132 S. Water Street | 201 W. Springfield Street | 202 S. Chicago Street | 4320 Spring Creek Road |
|---|---|---|---|---|
| Suite 1 | Suite 535 | Suite 1004 | Lincoln, IL 62656 | Rockford, IL 61107 |
| Springfield, IL 62702 | Decatur, IL 62523 | Champaign, IL 61820 | (217) 735-5502 | 1-800-727-8010 |
| (217) 698-0202 | (217) 428-6800 | (217) 344-8888 | | |

200 W. Exchange Avenue
Ft. Worth, TX 76164
1-800-727-8010

Facsimile: (217) 698-0203
Website: www.nesslerlaw.com    e-mail: lawoffice@nesslerlaw.com
*Also licensed in Colorado & Texas
** Retired
David A. Axelrod & Associates, P.C., Of Counsel

20 S. Clark Street
Suite 2200
Chicago, IL 60603
1-800-727-8010



THE NATIONAL TRIAL LAWYERS
TOP 100 TRIAL LAWYERS


Page 2
February 28, 2013

Again, I thank you for your time and consideration of this office. I truly regret that we cannot go forward with representation. If you have any questions or concerns, please call me without delay. I wish you the best of luck in the future.

Thanking you for your attention to this matter, I remain,

**Very truly yours,
NESSLER & ASSOCIATES, LTD.**

Jonathan T. Nessler
Attorney at Law

JTN:vb

| | | | | |
|---|---|---|---|---|
| 536 N. Bruns Lane<br>Suite 1<br>Springfield, IL 62702<br>(217) 698-0202 | 132 S. Water Street<br>Suite 535<br>Decatur, IL 62523<br>(217) 428-6800 | 201 W. Springfield Street<br>Suite 1004<br>Champaign, IL 61820<br>(217) 344-8888 | 202 S. Chicago Street<br>Lincoln, IL 62656<br>(217) 735-5502 | 4320 Spring Creek Road<br>Rockford, IL 61107<br>1-800-727-8010 |
| 200 W. Exchange Avenue<br>Ft. Worth, TX 76164<br>1-800-727-8010 | | Facsimile: (217) 698-0203<br>Website: www.nesslerlaw.com  e-mail: lawoffice@nesslerlaw.com<br>*Also licensed in Colorado & Texas<br>** Retired<br>David A. Axelrod & Associates, P.C., Of Counsel | | 20 S. Clark Street<br>Suite 2200<br>Chicago, IL 60603<br>1-800-727-8010 |







**UPTOWN PEOPLE'S LAW CENTER**
4413 NORTH SHERIDAN • CHICAGO, IL 60640
PHONE: 773.769.1411 • FAX: 773.769.2224

June 19, 2013

**PRIVILEGED ATTORNEY-CLIENT COMMUNICATION**

Mr. Michael L Widmer
B30985
Lawrence Correctional Center
K 75 10930 Lawrence Road
Sumner, Illinois 62466

    Re: **Request for Assistance**

Dear Mr. Widmer;

    We received your letter asking for help with your civil rights case, criminal case or other matter relating to your situation in prison. Unfortunately, we are not in a position to assist you. We are a very small legal clinic. While we represent many prisoners, we get hundreds of letters asking for help, but unfortunately we can only help a very few people. For your information, we do not practice criminal law--including appeals, habeas, post convictions, etc.

    Please be assured that our inability to help you does not mean that you do not have a good claim. We are forced to turn down many claims which are both morally compelling and have a sound legal basis. We simply do not have the resources to help everyone who needs help. We are truly sorry that we will not be able to take on your case, but we simply do not have the time needed to properly represent you, and we do not want to commit to you that we would do something which we can not, in reality, do.

    If your question is about a case you want to bring challenging the way you are being treated in prison, be sure that you exhaust all administrative remedies. With very few exceptions, federal law now requires that you complete the grievance process all the way through the ARB in Springfield. If you do not do so, or if you miss any deadlines, then you risk of forever losing the right to bring a case.

    We are returning any documents you sent us. *We have not kept copies.*

    We wish you the best of luck.

                Sincerely,

**Uptown People's Law Center**