MA

District Court of Illinois
Northern District - Eastern Division

Ex A

Dear Clerk,   Judge: Honorable Milton Shadur presiding.

<u>Statement To Court</u>

Will you please forward me a copy of the docket in the cases captioned below. I would also ask if you would please allow a 1 time consideration to forward me a copy of my complaint(s) or amended complaints in the cases cited below. These cases have been very difficult to prosecute or even file, due to constant mail interference and obstruction by IDOC employees. Considering this and the fact one complaint is solely about mail obstruction, I ask that you please forward me copies of the complaints so I may make intelligent pleadings to the best of my ability. I suffer from a 2010 brain injury and have difficulty at times reading, writing, and understanding. I'm sorry for inconvenience you.

Respectfully,

Widmer
v    13-c-6095 MJS
Engleson

Michael Widmer B30098
plaintiff pro se
PO 1000
Menard IL 62259

Widmer
v    13 c 6097 MJS
Lt Shaw

**FILED**
OCT 21 2013 MW
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

Ex B

To: federal Bureau Investigation
<springfield@ic.fbi.gov>

Re: Obstruction of US Legal Mail by
Illinois Department of Corrections Administrative Officials

9/28/2013

**Request for Investigation**

1. I Michael Widmer submit this statement of the fact to the FBI and request an investigation be conducted into the Illinois Department of Corrections, for employees of the Illinois Department of Corrections at Lawrence, Menard, Danville and currently Stateville Correctional Centers. Intentionally and knowingly, obstructing my incoming and outgoing legal and nonlegal mail addresses to my attorneys of record, six of whom currently represent me in multiple civil cases, in state and federal courts, as well as mail addresses to the courts in pending cases against the IDOC of which I am prose.

2. I understand that any non-truthful statement made to the FBI, by a convicted felon is a felony. I am a convicted felon and promise every statement and allegation of this complaint is truthful to the best of my knowledge and belief under penalty of perjury by law.

3. I have informed IDOC employees that my US legal and nonlegal mail has been and is being obstructed by three separate IDOC facilities, and I have filed multiple federal lawsuits about this, of which the Federal Court has appointed me counsel, and that are pending currently.

4. I first noticed my mail being obstructed at Danville Correctional Center in June of 2012. Then I was transferred to Lawrence Correctional Center where I continued to have my mail obstructed. On June 19, I believe, I was transferred to Menard. I was only at Menard for 42 days before being transferred to Stateville Northern Reception Center for a court writ on July 31, 2013. While at Menard my mail was obstructed and my legal mail was repeatedly opened outside of my presence. I have attached a letter from my attorneys to IDOC legal counsel about this problem. (See Exhibit A, Exhibit A1 & Exhibit B)

5. Since arriving at Stateville on July 31, 2013, my outgoing US legal mail has been completely obstructed and returned to me four separate times by Corrections Officer Joseph, who is an African American male assigned ti the 3-11 shift at NRC, A wing.

6. Mail at Stateville NRC is picked and delivered on the 3-11 shift. I have informed Corrections Officer Joseph on each occasion when he returned my clearly marked legal and correctly addressed legal mail of this being illegal and requested he document this by writing an incident report. He refused.

7. Corrections Officer Joseph told me that, "I was hot" and that none of my mail would get out of the institution in my name because "somebody is messing with me." Corrections Officer Joseph told me to send my legal mail out under someone else's name or it wouldn't go out. Corrections Officer Joseph stated if he is called as a witness, he will plead the 5th Amendment.

8. I have authored numerous letters to the public officials and the media describing the conditions and malfeasance within the IDOC. I have attached the most recent letter, identified as (Exhibits C-I), which relate to this complaint.

9. I have good reason to believe NRC Superintendent Tracy Engelson and Warden Michael Lemke, as well as IDOC Director Salvador Godinez and IDOC Deputy Director of the Northern District of Illinois are conspiring to obstruct my mail. This is because I have written many letters to them, had my friends contact them, filed lawsuits over the mail issue and never have any of them ordered an internal investigation or had me interviewed over this ongoing illegal activity. I have went on numerous hunger strikes and have been placed on crisis watch several times due to my suffering extreme mental and emotional anguish from my mail and legal mail being obstructed repeatedly and IDOC officials refusing to act upon my proving this!

10. The following is a timeline of the past month at Stateville NRC, which is where I'm confined currently with no phone use, visits are illegally denied to all prisoners at NRC and legal mail is being completely obstructed.

## **TIMELINE**

**July 31, 2013**  Arrived at Stateville Northern Reception Center. Placed legal mail addressed to Attorney Troy Doles in my door to go out. Mail was picked up.

**August 5, 2013**  I had an attorney visit from Mike Zopf. After the visit, I spoke to Superintendent Tracy Engelson in her office. I told her I was being confined without underwear, socks, hygiene products, a writing utensil and needed to access the prison library and receive legal services as well as a Kosher diet. Engelson responded that writing utensils wouldn't be issued at NRC due to inmates writing on the walls, and that I wouldn't get legal services, hygiene products or clothing because I should have brought these things with me. I explained that I was not permitted to bring clothing, ink pens or the legal supplies and materials I needed.

**August 6, 2013**  I was taken to court by Corrections Officer Edwards, who made me place my legal documents needed for court into property storage. This caused me at least in part to lose a hearing for parental rights. Case 11-JA-1 Ford County Illinois. I sent a letter to Engelson and Lemke detailing my complaints at NRC.

**August 7, 2013**  My legal documents were returned to me from 7/31/13. I declared a hunger strike to Corrections Officer Joseph and re-mailed them out.

**August 8, 2013**  I was interviewed by a Psychologist due to being on a hunger strike. I showed her I was being held in my cell with no hygiene products, no underwear, no socks, and no pencil to write with. I was later given a small brown paper bag of soap.

**August 9, 2013**  I mailed legal mail out to the Northern District Federal Court, a 1983 civil rights complaint seeking injunctive relief to the Clerk of Ford County Circuit Court and a letter to Attorney Mike Zopf.

**August 10, 2013**  After 72 hours, I ended my hunger strike.

**August 11, 2013**  I sent out legal mail to Attorney Lance Cagle and to the Clerk of the Southern District Federal Court. I also sent Engelson and Lemke a letter requesting legal supplies.

**August 14, 2013**  Corrections Officer Joseph returned the legal mail I had previously mailed out on 7/31/13, 8/7/13 and 8/9/13. I requested a Lieutenant, and Corrections Officer Joseph summoned Lt. Shaw. Lt. Shaw looked at my mail and said, "I have nothing to do with your mail." I then requested to speak to a crisis team member and was told by Lt.

                Shaw, "fuck you, you mother fucking bitch, kill yourself" and other words. I then began pounding my head on my cell door until it began to bleed. Lt. Shaw and Corrections Officer Joseph left. This was at approximately 6 or 7 pm. At shift change at 11pm, the 11-7 officer contacted Lt. Ware, who took me to the medical unit where I was admitted.

August 18, 2013    I placed in the outgoing US mail, legal mail addressed to Assistant Illinois Attorney General Jennifer Lutzke. Corrections Officer Joseph picked up my mail.

August 19, 2013    Corrections Officer Joseph returned all the previous legal mail I had sent out since July 31, 2013. I again gave the legal mail to Corrections Officer Joseph to mail out.

August 20, 2013    I declared a hunger strike at 3:50pm to Corrections Officer Joseph.

August 21, 2013    I mailed out legal mail to the Northern District Federal Court by giving it to Corrections Officer Joseph.

August 25, 2013    I placed in the outgoing US mail five pieces of privileged mail addressed to the IDOC Director, Deputy Directors and one letter to Governor Pat Quinn, through Corrections Officer Joseph.

August 27, 2013    Visited by Chaplain O'Neal who I showed I was being held in a filthy cell without hygiene supplies or clean clothing since July 31, 2013. I also told him I was being denied to send out legal mail, and that the staff refused to take any action to investigate or correct it.

August 27, 2013    Corrections Officer Joseph returned all previous mail I had sent out since 7/31/2013.

## SUMMARY

I am being totally denied to send out my legal mail for 29 days so far at Stateville Northern Reception Center. The situation detailed in this request for investigation, is resulting in my being injured daily as a direct and proximate result of the state government employees' willful, intentional an illegal misconduct with the intent to cause me to be injured. I assert this is in the interest of Justice and the interest of The People of The United States of America and of The People of the State of Illinois, for The Department of Justice, Federal Bureau of Investigation to investigate the allegations contained herein, review records, and interview witnesses to determine if criminal charges should be brought against employees of the Illinois Department of Corrections, for knowingly and willfully violating Federal Law. I will submit to a polygraph examination regarding any allegation or claim stated in this complaint. Finally, I ask for as timely response as possible in light of the conditions described herein, under which I am being held within the Illinois Department of Corrections. I apologize for my writing, I suffered a brain injury in 2010 and have difficulty thinking at times. (Exhibit J-L)

Respectfully Submitted,

*Michael L Widmer*

Michael L. Widmer
B30985
PO Box 1000
Menard, IL 62259

cc: US Attorney
File
Enclosures