IN UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

13CV6095

**FILED**

NOV 1 8 2013

THOMAS G. BRUTON
CLERK, U S DISTRICT COURT

# MOTION TO SUBSTITUTE

I Michael Widmer, plaintiff pro se, hereby move the court to recuse itself from both of the cases cited below in which I am the plaintiff. I assert the court has made very unfair rulings in a recent case that resulted in my moving to dismiss the case because the judge and I could not communicate. I have more than a dozen cases pending in federal courts in front of 4 associate and 3 magistrate judges in which I've never had a communication barrier. I am being judicially obstructed from my right to redress. Wherefore I simply would ask the cases be reassigned. Injunctive Relief was requested and ignored by the court as well. The court has prejudiced me severly. Show dislike!   Respectfully Submitted,

Michael Widmer

         vs              No. 13C6095          Michael L Widmer

Engelson et al                               plaintiff pro se
                                             B30985 PO 1000,
Michael Widmer                               Menard IL 62259

         vs              No. 13C6097

Mail Room Employees et al;