# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MICHAEL WIDMER,          )
                                        )
        Plaintiff,        )
                                        )      No. 1:13-cv-06095
    v.                       )
                                        )      Judge Thomas M. Durkin
ENGELSON, et al.,       )
                                        )      Magistrate Judge Jeffrey Cole
        Defendants.     )

## MOTION FOR SETTLEMENT CONFERENCE

Michael Widmer, by his court-appointed attorney, Jonathan D. Sherman of Much Shelist, P.C., moves the Court to schedule a settlement conference in this case and Case No. 13-cv-06097 with Magistrate Judge Cole and a representative of the Attorney General's office who is authorized to discuss settlement of Widmer's claims. In support of his motion, Widmer states as follows:

1.      Widmer is currently incarcerated at Menard Correctional Center.

2.      Widmer's projected discharge date is June 26, 2015. He is eligible for parole on June 26, 2014.

3.      Widmer contends that he was improperly denied six months of sentencing credits which would have entitled him to be released on December 26, 2013.

4.      If the issue of Widmer's release date can be resolved, it is likely that this case and Case No. 13-cv-06097 can be settled promptly.

5.     Accordingly, Widmer requests that the Court schedule a settlement conference at the earliest possible date.

Respectfully submitted,

MICHAEL WIDMER

By:    /s/ Jonathan D. Sherman
          One of his attorneys

Jonathan D. Sherman (#6185114)
Melisande C. Loeppert (#6309565)
Much Shelist, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606-1615
(312) 521-2000

4699679_1