UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Michael Widmer
                                 Plaintiff,

v.                                                        Case No.: 1:13−cv−06095
                                                        Honorable Thomas M. Durkin

Traci Engelson, et al.
                                 Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, February 4, 2014:

     MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion for settlement [19] is denied without prejudice. Status hearing held on 2/4/2014. Status hearing set for 3/5/2014 at 09:00 AM.Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.