# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL WIDMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:13-cv-06095 |
| v. | ) | |
| | ) | Judge Thomas M. Durkin |
| ENGELSON, et al., | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Jonathan D. Sherman and Melisande C. Loeppert of Much Shelist, P.C., move this Court for leave to withdraw their appearances as counsel for the plaintiff, Michael Widmer. In support of their motion, movants state as follows:

1. The undersigned attorney, Jonathan D. Sherman, was appointed by the Court to represent Widmer in this prisoner civil rights case and in the related Case No. 13-cv-06097. Widmer is currently an inmate at Menard Correctional Center. These cases involve incidents that occurred when Widmer was an inmate at Stateville Correctional Center.

2. Melisande C. Loeppert, an associate at Much Shelist, also filed an appearance for Widmer in both cases.

3. Counsel and Widmer have a fundamental disagreement about the claims that should be pursued in Widmer's two cases. Among other disputes, Widmer insists that the undersigned counsel pursue claims that counsel believes he cannot pursue under applicable rules.

4. In the course of representing Widmer, counsel have devoted more than 200 hours investigating the facts and law related to Widmer's claims; met personally with Widmer at Menard; communicated with Widmer by mail and phone; consulted with attorneys who represent

Widmer in other cases and who have knowledge regarding Widmer's claims in the cases pending before this Court; and discussed Widmer's claims with Alan Mills, Legal Director of the Uptown People's Law Clinic, and James P. Chapman, President of the Illinois Institute for Community Law and Affairs. The undersigned also attended two day-long seminars on prisoner rights cases taught by Mr. Chapman and Mr. Mills in conjunction with the U.S. District Court for the Northern District of Illinois: "Anatomy of A Prisoner Civil Rights Case" and "Prisoners Civil Rights Litigation: Medical Claims."

5. Widmer refuses to sign and return an engagement letter which outlines the terms of his appointed counsel's services.

6. After extensive consultation, counsel and Widmer have been unable to resolve their differences regarding legal strategy in these cases. Counsel therefore request that the Court grant their motion for leave to withdraw as Widmer's attorneys of record in this case and in Case No. 13-cv-06097.

7. A copy of this motion is being sent to Mr. Widmer.

Respectfully submitted,

MUCH SHELIST, P.C.

By: /s/ Jonathan D. Sherman
One of Plaintiff's Attorneys

Jonathan D. Sherman (#6185114)
Melisande C. Loeppert (#6309565)
Much Shelist, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606-1615
(312) 521-2000