UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Michael Widmer
                        Plaintiff,

v.                                                                         Case No.: 1:13−cv−06095
                                                                              Honorable Thomas M. Durkin

Traci Engelson, et al.
                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, April 2, 2014:

      MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion to withdraw as attorney [23] is granted. Status hearing held on 4/2/2014. Attorney Melisande C. Loeppert and Jonathan D. Sherman terminated. Plaintiff will be proceeding pro se in this matter. The Court directs the Menard Correctional Center to make plaintiff available by telephone for the May 7, 2014 status hearing. Status hearing set for 5/7/2014 at 08:45 AM.Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.