# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Michael Widmer

                   Plaintiff,

v.                                        Case No.: 1:13−cv−06095
                                        Honorable Thomas M. Durkin

Traci Engelson, et al.

                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 7, 2014:

     MINUTE entry before the Honorable Thomas M. Durkin:Status hearing held on 5/7/2014. The Court directs the Menard Correctional Center to make plaintiff, Michael Widmer available by telephone for the 6/10/14 status hearing. Status hearing set for 6/10/2014 at 08:45 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.