Northern District of Illinois

Re: Widmer vs Engelson
13 C 6095, TMD CMC
13 C 6097, TMD
Widmer vs Mailroom Employees

Honorable Judge Durkin,

## Motion To Substitute

Sir, I Michael Widmer, plaintiff pro se, in the 2 cases captioned above respectfully request the cases be transferred to another judge and that the chief judge be given this request to rule upon. My contention is that I'm being prejudiced by the courts handling of these cases. I feel that because I'm a prisoner and pro-se, the court is not exercising the same discretion as it would, if I were an attorney or civilian. I filed the instant cases in August of 2013. On September 26, 2013 this court ordered service of summons upon the defendants by US Marshal service. Counsel was appointed Jonathon Sherman, who informed me, he had no experience in prisoner litigation and really did not want to take these cases. Counsel subsequently withdrew. I returned completed US Marshal forms to the court, which only were for defendants in one case. Both complaints survived merit review and now this court is reviewing judge Shadurs ruling. It has been 9 months and summons have yet to be served. I assert this is very poor case management and therefore request a transfer to another judge. Please have the chief judge rule on this Motion To Substitute.

Respectfully,
Michael Widmer, plaintiff
pro se, B30985, PO 1000
Chester Il 62259

**FILED**
MAY 30 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT